# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

**ERIN DURBIN,**

    Plaintiff,

v.

**I.U. HEALTH,**

    Defendant.

Case No.: 1:21-cv-02356-TWP-MG

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Erin Durbin, and Defendant, Indiana University Health, Inc., have filed their Joint Stipulation of Dismissal seeking dismissal of this matter with prejudice. The Court has examined the Stipulation and now finds that the matter should be dismissed.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice. Each party shall bear its own costs.

Date: 3/24/2022

*(signature)*

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to ECF counsel of record.

4857-6943-4648.1 / 081028-1023